**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Chapter 7**

**Mark Matthew Erjavec,**

**Bankruptcy No. 26-41492**

**Debtor.**

---

# ORDER

---

The Acting United States Trustee's Motion to Extend Time to File Complaint Under 11 U.S.C. § 727 came before the undersigned.

Based on the record of these proceedings,

IT IS HEREBY ORDERED:

The deadline for the Acting United States Trustee or the chapter 7 trustee to file a complaint to object to the discharge of the debtor pursuant to 11 U.S.C. § 727 is extended through November 25, 2026.

Dated: *October 15, 2026*

*s/ Katherine A. Constantine*
Katherine A. Constantine
Chief United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re: Case No. 26-41492-KAC

Mark Matthew Erjavec Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 2

Date Rcvd: Oct 29, 2026 Form ID: pdf111 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Matthew Erjavec, 13430 43rd Avenue North, Minneapolis, MN 55442-2637 |
| intp | + | Paul Sharp, Mark Luther Law Office, 14600 Woodruff Road, Wayzata, MN 55391, UNITED STATES 55391-2426 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotices@szjlaw.com | Oct 29 2026 17:00:00 | ACAR Leasing Ltd. dba GM Financial Leasing, c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Beverly Thorne |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Halberstadt | on behalf of Creditor ACAR Leasing Ltd. dba GM Financial Leasing bankruptcy@szjlaw.com |
| Colin Kreuziger | |

| | |
|---|---|
| | on behalf of U.S. Trustee US Trustee Colin.Kreuziger@usdoj.gov Nissa.L.Atkinson@usdoj.gov;Bethany.Sibenaller@usdoj.gov |
| David J. S. Madgett | on behalf of Interested Party Beverly Thorne dmadgett@madgettlaw.com dmadgett@recap.email |
| David J. S. Madgett | on behalf of Plaintiff Kristen Property Matters LLC dmadgett@madgettlaw.com, dmadgett@recap.email |
| Joseph W. Dicker | on behalf of Debtor 1 Mark Matthew Erjavec joe@joedickerlaw.com joyce@joedickerlaw.com;g27995@notify.concompass.com;dicker.josephw.b129594@notify.bestcase.com |
| Manty & Associates PA | on behalf of Plaintiff Nauni J Nauni Manty trustee ecf@mantylaw.com |
| Manty & Associates PA | on behalf of Trustee Nauni Jo Manty ecf@mantylaw.com |
| Mark D Luther | on behalf of Interested Party Paul Sharp marklutherlawoffice@mac.com |
| Nauni J. Manty | on behalf of Plaintiff Nauni J Nauni Manty trustee ecf@mantylaw.com nauni@mantylaw.com |
| Nauni Jo Manty | on behalf of Plaintiff Nauni J Nauni Manty trustee ecf@mantylaw.com mn12@ecfcbis.com |
| Nauni Jo Manty | ecf@mantylaw.com mn12@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 12