**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

Case No.: 26–41492 – KAC
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Matthew Erjavec

13430 43rd Avenue North
Minneapolis, MN 55442

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx–xx–0994

---

## NOTICE TO FILE CLAIMS

The initial notice in this case instructed creditors that is was not necessary to file a proof of claim. Since that notice was sent, payment of a dividend appears possible in this case. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 1/19/2027, or, for governmental units, within 180 days from the date of the Order for Relief or 1/19/2027, whichever is later.

A Proof of Claim form ("Official Form B410") can be obtained from the United States Courts' website https://www.uscourts.gov. Form B410 may be filed by regular mail or electronically on the Minnesota Bankruptcy Court's website https://www.mnb.uscourts.gov.

There is no fee for filing the proof of claim.

Dated: 10/16/26

Tricia Pepin
Clerk, U.S. Bankruptcy Court
301 Diana E. Murphy United States Courthouse
300 Sourth Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk

United States Bankruptcy Court

District of Minnesota

In re: Case No. 26-41492-KAC
Mark Matthew Erjavec Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 5
Date Rcvd: Oct 30, 2026 Form ID: mnbflclm Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Matthew Erjavec, 13430 43rd Avenue North, Minneapolis, MN 55442-2637 |
| intp | + | Paul Sharp, Mark Luther Law Office, 14600 Woodruff Road, Wayzata, MN 55391, UNITED STATES 55391-2426 |
| 63663413 | + | 490 Hill Street LLC, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663416 | + | Agro Fund One Corporation, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663419 | + | Am Ex business, 200 Vesey Street, New York, NY 10285-1000 |
| 63663420 | + | Am Ex personal, 200 Vesey Street, New York, NY 10285-1000 |
| 63663418 | + | Am ex bonvoy, 200 Vesey StreetNew York, NY 10285-3106, New York, NY 10285-0001 |
| 63663422 | + | Attorney Agent Attorneys at Law, 3033 Campus Drive #250, Plymouth, MN 55441-2685 |
| 63663423 | + | Blue Heron Inc, 6280 HWY 65, Minneapolis , MN 55432-5188 |
| 63663426 | + | Capital One Orange, P.O. Box 30285, Salt Lake City , UT 84130-0285 |
| 63663425 | + | Capital one black, P.O. Box 30285, Salt lake city, UT 84130-0285 |
| 63663428 | + | Carl Cristianson atty, 305 N 5th Ave Suite 375, Minneapolis , MN 55401-7541 |
| 63663431 | | Chase Mileage Plus, Mail Code LA2-7100, 1414 Woodward Avenue, Ruston, LA 71270 |
| 63663430 | | Chase ink, Mail Code LA2-7100, 1414 Woodward Avenue, Ruston, LA 71270 |
| 63663432 | + | Christianson Sampsel, 305 N fifth Avenue #375, Minneapolis, MN 55401-7541 |
| 63663434 | + | Corporation, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663436 | + | Cristina Erjavec, 1041 Grand Avenue #300, Saint Paul, MN 55105-3002 |
| 63663437 | + | David Madgett law, 619 S 10th St, Suite 301, Minneapolis , MN 55404-1128 |
| 63663438 | + | Ebrheim Jebreel, 10850 Wilshire BLVD #301, Los Angeles, CA 90024-4307 |
| 63663439 | + | Excel Energy, P.O.Box 4176, Carol Stream , IL 60197-4176 |
| 63663440 | + | Fairview Health, p.o. box 7412166, Chicago , IL 60674-2166 |
| 63663441 | + | Flashboil Agency Incorporated, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663442 | + | Florida Registered Agents, 30 N. Gould St. Ste 700, Sheridan , WY 82801-6505 |
| 63663448 | + | Kevin Wellman, 1150 County Road 101 N, Plymoyth, MN 55447-3545 |
| 63663449 | + | Kevin Willmann Properties, 1150 County Road 101 N, Plymouth, MN 55447-3545 |
| 63663450 | + | Kristen property matters c/o Bev thorn, 4 Bass Lane, Lebanon, NJ 08833-3129 |
| 63663452 | + | Lending Entity 1, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663453 | + | Leviton Law, one pierce place, Itasca, IL 60143-1234 |
| 63663466 | + | MNGI, P.o. BOX 14829, Minneapolis, MN 55414-0829 |
| 63663456 | + | Mesaba Finance, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663458 | + | Mesaba Finance Blue Ridge Group, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663459 | + | Mesaba Finance Capital Raising Services, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663462 | + | Mesaba Finance Law, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663463 | + | Mesaba Finance Summit, 6280 HWY 65, Min, MN 55432-5188 |
| 63663464 | + | Minnesota Construction Law Services, 3030 Centre Pointe Dr Ste 100, Roseville, MN 55113-1115 |
| 63663467 | + | Nicoll Black and Feig, 1325 4th Avenue #1650, Seattle, WA 98101-2506 |
| 63663468 | + | Paul Sharp, Co Mark Luther 14600 woodruff rd, Minnetonka, MN 55391-2426 |
| 63663471 | + | SBA / USAttorney, P.O. Box 3918, Portland , OR 97208-3918 |
| 63663472 | + | Sentinal Legal Support Services, 10414 Indiana Avenue N, Brooklyn Park , MN 55443-1893 |
| 63663474 | + | Syncrony Bank Cavalry spv 1 llc, 7831 Glenroy Road 250-a, Minneapolis, MN 55439-3117 |
| 63663476 | + | Teachers credit union, PO Box 9005, Smithtown, NY 11787-9005 |
| 63663477 | + | Thomas Brower, 5400 Oaklawn Avenue, Minneapolis, MN 55424-1609 |
| 63663478 | + | Tricolor Heron LLC, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663483 | + | Veridian Credit Union, po box 4501, Waterloo, IA 50704-4501 |
| 63663484 | + | William Hicks, 3033 Campus Drive #250, Plymouth , MN 55441-2685 |
| 63663485 | + | Zoom Info Technologies, 330 w columbus way floor8, Vancouver , WA 98660-3647 |

| | | |
|---|---|---|
| 63663414 | + | aero fleet one corp, 6280 HWY 65, Minneapolis, MN 55432-5188 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotices@szjlaw.com | Oct 30 2026 10:19:00 | ACAR Leasing Ltd. dba GM Financial Leasing, c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| 63663417 | + | Email/Text: rcmbankruptcynotices@allina.com | Oct 30 2026 10:19:00 | Allina Health, 2925 Chicago Avenue, Minneapolis, MN 55407-1321 |
| 63663421 | + | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 10:22:56 | American Express, 115 West Town Ridge Parkway, Sandy, UT 84070-5511 |
| 63697974 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 10:22:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 63663429 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Oct 30 2026 10:19:00 | Center Point Energy, p.o. box 4671, Houston , TX 77210 |
| 63663433 | | Email/Text: IBNK@conserve-arm.com | Oct 30 2026 10:19:00 | Conserve, 200 Crosskeys Office Park, Fairport, NY 14450 |
| 63663427 | + | EDI: CAPITALONE.COM | Oct 30 2026 14:12:00 | Capital one Silver, P.O. Box 30285, Salt lake city, UT 84130-0285 |
| 63663443 | + | EDI: PHINAMERI.COM | Oct 30 2026 14:12:00 | GM financial, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 63663447 | | EDI: IRS.COM | Oct 30 2026 14:12:00 | IRS, Kansas City Service Center, Kansas City, KS 64999 |
| 63663451 | | Email/Text: govtaudits@labcorp.com | Oct 30 2026 10:19:00 | LabCorp, P.O. Box 2240, Burlington, NC 27216 |
| 63663470 | + | Email/Text: bankruptcynotices@sba.gov | Oct 30 2026 10:19:00 | Sba, P.O. Box 3918, Portland , OR 97208-3918 |
| 63663473 | + | EDI: MINNDEPREV.COM | Oct 30 2026 14:11:00 | State of minneosta, Mail Station 2220, 600 N. Robert St., Saint Paul, MN 55146-6000 |
| 63663475 | + | EDI: WTRRNBANK.COM | Oct 30 2026 14:12:00 | Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 63663479 | + | Email/Text: accountservicing@trueaccord.com | Oct 30 2026 10:19:00 | True Accord, 16011 College Blvd #130, lenexa, KS 66219-9877 |
| 63663480 | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Oct 30 2026 10:19:00 | U.S. attorney, 300 S. 4th Street, Minneapolis, MN 55415-2290 |
| 63663481 | | EDI: USBANKARS.COM | Oct 30 2026 14:12:00 | US Bank, p.o. box 6352, Fargo, ND 58125 |
| 63663482 | + | Email/Text: bankruptcy@veridiancu.org | Oct 30 2026 10:19:00 | Veridian Credit Union, 1827 Ansborough Ave, Waterloo, IA 50701, Waterloo, IA 50701-3629 |
| 63663444 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 30 2026 10:19:00 | goldman Sachs Bank Apple Card, Lockbox 6112, P.O. Box 7247, Philidelphia, PA 19170-0001 |
| 63663469 | + | Email/Text: ngisupport@radiusgs.com | Oct 30 2026 10:19:00 | radius global solutions, 7831 Glenroy Road 250-a, Minneapolis, MN 55439-3117 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Beverly Thorne |
| 63663454 | | Mark Luther Law, 14600 Woodruff Road |

| | | |
|---|---|---|
| 63665205 | | Mark Luther Law, 14600 Woodruff Road |
| 63663457 | | Mesaba Finance |
| 63663455 | | Minnetonka, MN 55391 |
| 63665206 | | Minnetonka, MN 55391 |
| 63665165 | *+ | 490 Hill Street LLC, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663415 | *+ | Aero Fleet One Corporation, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665167 | *+ | Aero Fleet One Corporation, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665168 | *+ | Agro Fund One Corporation, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665169 | *+ | Allina Health, 2925 Chicago Avenue, Minneapolis, MN 55407-1321 |
| 63665171 | *+ | Am Ex business, 200 Vesey Street, New York, NY 10285-1000 |
| 63665172 | *+ | Am Ex personal, 200 Vesey Street, New York, NY 10285-1000 |
| 63665170 | *+ | Am ex bonvoy, 200 Vesey StreetNew York, NY 10285-3106, New York, NY 10285-0001 |
| 63665173 | *+ | American Express, 115 West Town Ridge Parkway, Sandy, UT 84070-5511 |
| 63665174 | *+ | Attorney Agent Attorneys at Law, 3033 Campus Drive #250, Plymouth, MN 55441-2685 |
| 63665175 | *+ | Blue Heron Inc, 6280 HWY 65, Minneapolis , MN 55432-5188 |
| 63663424 | *+ | Blue Heron Incorporated, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665176 | *+ | Blue Heron Incorporated, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665180 | *P++ | CENTERPOINT ENERGY, PO BOX 1700, HOUSTON TX 77251-1700, address filed with court:, Center Point Energy, p.o. box 4671, Houston , TX 77210 |
| 63665184 | *P++ | CONTINENTAL SERVICE GROUP LLC D B A CONSERVE, PO BOX 9, FAIRPORT NY 14450-0009, address filed with court:, Conserve, 200 Crosskeys Office Park, Fairport, NY 14450 |
| 63665178 | *+ | Capital One Orange, P.O. Box 30285, Salt Lake City , UT 84130-0285 |
| 63665179 | *+ | Capital one Silver, P.O. Box 30285, Salt lake city, UT 84130-0285 |
| 63665177 | *+ | Capital one black, P.O. Box 30285, Salt lake city, UT 84130-0285 |
| 63665182 | * | Chase Mileage Plus, Mail Code LA2-7100, 1414 Woodward Avenue, Ruston, LA 71270 |
| 63665181 | * | Chase ink, Mail Code LA2-7100, 1414 Woodward Avenue, Ruston, LA 71270 |
| 63665183 | *+ | Christianson Sampsel, 305 N fifth Avenue #375, Minneapolis, MN 55401-7541 |
| 63665185 | *+ | Corporation, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663435 | *+ | Corporation, 6280 Hwy 65, Minneapolis , MN 55432-5188 |
| 63665186 | *+ | Corporation, 6280 Hwy 65, Minneapolis , MN 55432-5188 |
| 63665187 | *+ | Cristina Erjavec, 1041 Grand Avenue #300, Saint Paul, MN 55105-3002 |
| 63665188 | *+ | David Madgett law, 619 S 10th St, Suite 301, Minneapolis , MN 55404-1128 |
| 63665189 | *+ | Ebrheim Jebreel, 10850 Wilshire BLVD #301, Los Angeles, CA 90024-4307 |
| 63665190 | *+ | Excel Energy, P.O.Box 4176, Carol Stream , IL 60197-4176 |
| 63665191 | *+ | Fairview Health, p.o. box 7412166, Chicago , IL 60674-2166 |
| 63665192 | *+ | Flashboil Agency Incorporated, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665193 | *+ | Florida Registered Agents, 30 N. Gould St. Ste 700, Sheridan , WY 82801-6505 |
| 63665194 | *+ | GM financial, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 63665198 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Kansas City Service Center, Kansas City, KS 64999 |
| 63663445 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Irs, Kansas City IRS service center, Kansas City , MO 64999 |
| 63665196 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Irs, Kansas City IRS service center, Kansas City , MO 64999 |
| 63663446 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Irs, Kansas City irs service center, Kansas City, MO 64999 |
| 63665197 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Irs, Kansas City irs service center, Kansas City, MO 64999 |
| 63665199 | *+ | Kevin Wellman, 1150 County Road 101 N, Plymoyth, MN 55447-3545 |
| 63665200 | *+ | Kevin Willmann Properties, 1150 County Road 101 N, Plymouth, MN 55447-3545 |
| 63665201 | *+ | Kristen property matters c/o Bev thorn, 4 Bass Lane, Lebanon, NJ 08833-3129 |
| 63665202 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, LabCorp, P.O. Box 2240, Burlington, NC 27216 |
| 63665203 | *+ | Lending Entity 1, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665204 | *+ | Leviton Law, one pierce place, Itasca, IL 60143-1234 |
| 63665215 | *+ | MNGI, P.o. BOX 14829, Minneapolis, MN 55414-0829 |
| 63665207 | *+ | Mesaba Finance, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665208 | *+ | Mesaba Finance Blue Ridge Group, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665209 | *+ | Mesaba Finance Capital Raising Services, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663460 | *+ | Mesaba Finance Company, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665210 | *+ | Mesaba Finance Company, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63663461 | *+ | Mesaba Finance Company Incorporated, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665211 | *+ | Mesaba Finance Company Incorporated, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665212 | *+ | Mesaba Finance Law, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665213 | *+ | Mesaba Finance Summit, 6280 HWY 65, Min, MN 55432-5188 |

| | | |
|---|---|---|
| 63665214 | *+ | Minnesota Construction Law Services, 3030 Centre Pointe Dr Ste 100, Roseville, MN 55113-1115 |
| 63663465 | *+ | Minnesota Construction Law Services, 3030 Centre Pointe Dr., Ste 100, Roseville, MN 55113-1115 |
| 63665216 | *+ | Nicoll Black and Feig, 1325 4th Avenue #1650, Seattle, WA 98101-2506 |
| 63665217 | *+ | Paul Sharp, Co Mark Luther 14600 woodruff rd, Minnetonka, MN 55391-2426 |
| 63665220 | *+ | SBA / USAttorney, P.O. Box 3918, Portland , OR 97208-3918 |
| 63665219 | *+ | Sba, P.O. Box 3918, Portland , OR 97208-3918 |
| 63665221 | *+ | State of minneosta, Mail Station 2220, 600 N. Robert St., Saint Paul, MN 55146-6000 |
| 63665222 | *+ | Syncrony Bank Cavalry spv 1 llc, 7831 Glenroy Road 250-a, Minneapolis, MN 55439-3117 |
| 63665223 | *+ | Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 63665224 | *+ | Teachers credit union, PO Box 9005, Smithtown, NY 11787-9005 |
| 63665225 | *+ | Thomas Brower, 5400 Oaklawn Avenue, Minneapolis, MN 55424-1609 |
| 63665226 | *+ | Tricolor Heron LLC, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665227 | *+ | True Accord, 16011 College Blvd #130, lenexa, KS 66219-9877 |
| 63665228 | *+ | U.S. attorney, 300 S. 4th Street, Minneapolis, MN 55415-2290 |
| 63665229 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank, p.o. box 6352, Fargo, ND 58125 |
| 63665231 | *+ | Veridian Credit Union, po box 4501, Waterloo, IA 50704-4501 |
| 63665230 | *+ | Veridian Credit Union, 1827 Ansborough Ave, Waterloo, IA 50701, Waterloo, IA 50701-3629 |
| 63665232 | *+ | William Hicks, 3033 Campus Drive #250, Plymouth , MN 55441-2685 |
| 63665233 | *+ | Zoom Info Technologies, 330 w columbus way floor8, Vancouver , WA 98660-3647 |
| 63665166 | *+ | aero fleet one corp, 6280 HWY 65, Minneapolis, MN 55432-5188 |
| 63665195 | *+ | goldman Sachs Bank Apple Card, Lockbox 6112, P.O. Box 7247, Philidelphia, PA 19170-0001 |
| 63665218 | *+ | radius global solutions, 7831 Glenroy Road 250-a, Minneapolis, MN 55439-3117 |

TOTAL: 6 Undeliverable, 75 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Halberstadt | on behalf of Creditor ACAR Leasing Ltd. dba GM Financial Leasing bankruptcy@szjlaw.com |
| Colin Kreuziger | on behalf of U.S. Trustee US Trustee Colin.Kreuziger@usdoj.gov Nissa.L.Atkinson@usdoj.gov;Bethany.Sibenaller@usdoj.gov |
| David J. S. Madgett | on behalf of Plaintiff Kristen Property Matters LLC dmadgett@madgettlaw.com, dmadgett@recap.email |
| David J. S. Madgett | on behalf of Interested Party Beverly Thorne dmadgett@madgettlaw.com dmadgett@recap.email |
| Joseph W. Dicker | on behalf of Debtor 1 Mark Matthew Erjavec joe@joedickerlaw.com joyce@joedickerlaw.com;g27995@notify.concompass.com;dicker.josephw.b129594@notify.bestcase.com |
| Manty & Associates PA | on behalf of Plaintiff Nauni J Nauni Manty trustee ecf@mantylaw.com |
| Manty & Associates PA | on behalf of Trustee Nauni Jo Manty ecf@mantylaw.com |

| | |
|---|---|
| Mark D Luther | on behalf of Interested Party Paul Sharp marklutherlawoffice@mac.com |
| Nauni J. Manty | on behalf of Plaintiff Nauni J Nauni Manty trustee ecf@mantylaw.com nauni@mantylaw.com |
| Nauni Jo Manty | on behalf of Plaintiff Nauni J Nauni Manty trustee ecf@mantylaw.com mn12@ecfcbis.com |
| Nauni Jo Manty | ecf@mantylaw.com mn12@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 12