**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Mark Matthew Erjavec,**

**Debtor.**

**Chapter 7**

**Bankruptcy No. 26-41492**

---

# UNITED STATES TRUSTEE'S NOTICE OF HEARING AND MOTION TO EXTEND TIME TO FILE COMPLAINT UNDER 11 U.S.C. § 727

---

COMES NOW Mary R. Jensen, Acting United States Trustee for Region 12 ("UST"), through her undersigned attorney, Colin Kreuziger, and moves under Fed. R. Bankr. P. 9013, and under all other applicable statutes and rules, to extend time to file complaint under 11 U.S.C. § 727 in the above-captioned case.

In support of her motion, he states the following:

1. The Court will hold a hearing on this motion at 11:00 a.m. on Wednesday, January 6, 2027, in Courtroom No. 8W, at the Diana E. Murphy United States Courthouse, at 300 South Fourth Street, Minneapolis, Minnesota 55415.
2. Any response to this motion must be filed and delivered not later than Wednesday, December 30, 2026, which is seven days before the time set for the hearing. UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.
3. This motion is filed pursuant to Fed. R. Bankr. P. 4004(b) and Local

Bankruptcy Rule 9013-2. The United States Trustee is moving to extend the period of time to file a complaint pursuant to 11 U.S.C. § 727. *See* Fed. R. Bankr. P. 4004(b)(2). The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 1334 and 157(a), Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The debtor filed a chapter 7 petition on May 6, 2026.

4. For the reasons discussed in the attached memorandum of law, the UST requests that the period to file an objection to the discharge of the debtor be extended.

Dated: November 25, 2026

MARY R. JENSEN,
ACTING UNITED
STATES TRUSTEE
Region 12

s/ Colin Kreuziger
Colin Kreuziger
Trial Attorney
MN Atty # 0386834
United States Department of Justice
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1360
Colin.Kreuziger@usdoj.gov