**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **Mark Matthew Erjavec,** | **Bankruptcy No. 26-41492** |
| **Debtor.** | |

---

# UNSWORN DECLARATION OF COLIN KREUZIGER

---

I, Colin Kreuziger, declare under penalty of perjury, that:

1. I am employed as a Trial Attorney by the United States Department of Justice. I represent Mary R. Jensen, Acting United States Trustee for Region 12 ("UST") in this matter.
2. The debtor filed a voluntary chapter 7 petition on May 6, 2026. (DE #1). The debtor filed the remaining required documents on May 20, 2026. (DE #8.)
3. The deadline to object to the debtor's discharge is November 25, 2026, pursuant to the Court's order dated October 15, 2026. (DE #54.)
4. The meeting of creditors was originally set for May 28, 2026. (*See id.*) The meeting was then rescheduled to June 23, 2026. (DE #14.) The meeting of creditors was concluded on November 6, 2026.
5. The UST is investigating the debtor's financial circumstances and has requested documents from the debtor, through counsel, on various occasions. Multiple

document requests remain outstanding, and the debtor needs additional time to produce responsive documentation.

6. The debtor, through counsel, has agreed to a sixty-day extension of the deadline to object to discharge. *See* Ex. 1.

Dated: November 25, 2026

s/ Colin Kreuziger
Colin Kreuziger