**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Mark Matthew Erjavec,**

**Debtor.**

**Chapter 7**

**Bankruptcy No. 26-41492**

## STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGE

The debtor and Mary R. Jensen, Acting United States Trustee for Region 12 ("UST"), enter into the following stipulation:

**RECITALS**

1. The debtor filed a voluntary chapter 7 petition on May 6, 2026.
2. The deadline to object to the debtor's discharge is November 25, 2026, per the Court's prior orders.
3. The UST intends to file motion to extend the deadline to object to the debtor's discharge.
4. The meeting of creditors was originally set for May 28, 2026. The meeting was then rescheduled to June 23, 2026. The meeting of creditors was concluded on November 6, 2026.
5. The UST continues to investigate the debtor's financial circumstances. Multiple document requests remain outstanding, and the debtor needs additional time to produce responsive documentation. The parties thus agree

that the deadline to object to discharge should be extended to permit the UST to conclude the investigation.

**AGREEMENT**

The parties agree:

1. That the deadline for the UST and the chapter 7 trustee to object to the debtor's discharge pursuant to 11 U.S.C. § 727 may be extended to January 25, 2027.

2. Pursuant to Local Rule 9011-1, the parties authorize the submission of this Stipulation to Extend Time to Object to Discharge with the electronic signatures of counsel for the parties.

Dated: November 25, 2026

JOSEPH W. DICKER P.A.

s/ Joseph W. Dicker
Joseph W. Dicker, #158264
1406 West Lake Street, Suite 208
Minneapolis, MN 55415
612.827.5941
joe@joedickerlaw.com
Attorneys for Debtor

MARY R. JENSEN
ACTING UNITED
STATES TRUSTEE
Region 12

s/ Colin Kreuziger
Colin Kreuziger
Trial Attorney
MN Atty. No. 0386834
United States Department of Justice
1015 Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1360
Colin.Kreuziger@usdoj.gov