**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Chapter 7**

**Mark Matthew Erjavec,**

**Bankruptcy No. 26-41492**

**Debtor.**

---

# ORDER

---

The Acting United States Trustee's Motion to Extend Time to File Complaint Under 11 U.S.C. § 727 came before the undersigned.

Based on the record of these proceedings,

IT IS HEREBY ORDERED:

The deadline for the Acting United States Trustee or the chapter 7 trustee to file a complaint to object to the discharge of the debtor pursuant to 11 U.S.C. § 727 is extended through January 25, 2027.

Dated:

________________________________
Katherine A. Constantine
Chief United States Bankruptcy Judge