**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Chapter 7**

**Mark Matthew Erjavec,**

**Bankruptcy No. 26-41492**

**Debtor.**

# UNSWORN CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury that on November 25, 2026, he caused to be filed electronically the following: United States Trustee's Notice of Hearing and Motion to Extend Time to File Complaint Under 11 U.S.C. § 727 or to File Motion to Dismiss under 11 U.S.C. § 707(b)(1), Unsworn Declaration of Colin Kreuziger and Exhibit, Memorandum of Law, and proposed Order, thereby generating electronic service upon all entities registered as CM/ECF users in this case. He also served the debtor by first class mail at the address stated below:

Mark Matthew Erjavec
13430 43rd Avenue North
Minneapolis, MN 55442

Executed on: November 25, 2026

**s/ Colin Kreuziger**
**Colin Kreuziger**
**U.S. Department of Justice**